UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS B. CHASE,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C08-5519RJB/JKA

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 10 day of September, 2008.

                        */S/ J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge