UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS B. CHASE,

    Petitioner,

v.

RON VAN BOENING,

    Respondent.

Case No. C08-5519RJB/JKA

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

    This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 13). Counsel indicates files have been ordered from the state courts to answer the petition. The files have not arrive in a timely fashion as a result of a person leaving the Washington State Court of Appeals.

    Respondent has shown good cause for an extension of time and will have until **January 9, 2009,** to file an answer.

    The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **January 9, 2009,** due date.

    DATED this 10 day of December, 2008.

                                */S/ J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge

ORDER- 1