# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DOUGLAS B. CHASE,

    Petitioner,

v.

RON VAN BOENING,

    Respondent.

Case No. C08-5519RJB/JKA

ORDER GRANTING PETITIONER AN EXTENSION OF TIME

This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Petitioner's motion for an extension of time to file a response or traverse (Dkt. # 18).

Petitioner has shown good cause for an extension of time and will have until **March 20 2009,** to file a response or traverse.

The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **March 20, 2009**, date as the noting date for this matter.

DATED this 23 day of February, 2009.

                          /S/ *J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge

ORDER- 1