UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLS B CHASE,<br><br>                    Petitioner,<br>     v.<br><br>RON VAN BOENING,<br><br>                    Respondent. | No. 08-5519RJB/JRC<br><br>ORDER TO PROVIDE ADDITIONAL<br>PORTIONS OF THE STATE RECORD |

      The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judges' Rules MJR 3 and MJR 4.

      Respondent has provided a copy of the trial transcript as part of the answer to this petition. However, one of the grounds for relief involves an incident that was recorded in the clerk's papers, not the trial transcript.

Order - 1

The court asks respondent to provide a copy of the Clerk's papers, in particular the portion dealing with the trial court addressing the jury finding a match book cover in one of the exhibits, pages up to and including page 36.

Respondent should submit the additional portion of the record, and re-note the mater on the courts calendar for the Friday immediately after submission of the additional record. Respondent will be given until May 1, 2009, to submit the additional record.

The Clerk's office is directed to send petitioner a copy of this order and remove the March 20, 2007, date for consideration from the court's calendar.

DATED this 3rd day of April, 2009.

J. Richard Creatura
United States Magistrate Judge

Order - 2