UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS B. CHASE,<br><br>          Petitioner,<br><br>    v.<br><br>RON VAN BOENING,<br><br>          Respondent. | Case No. C08-5519RJB<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br>AND DENYING PETITION FOR<br>WRIT OF HABEAS CORPUS |

This matter comes before the Court on consideration of the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge (Dkt. 25), and objections to the Report and Recommendation (Dkt. 26). The Court has considered the relevant documents and the remainder of the file herein.

In this habeas corpus action, the Magistrate Judge recommends the Report and Recommendation be adopted and the petition for writ of habeas corpus be denied. The facts of the case are laid out in the Report and Recommendation and will not be repeated here.

Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254, from state convictions for possession of pseudoephedrine with intent to manufacture methamphetamine, and unlawful manufacture of a controlled substance.

The petitioner only objects to one issue in the Report and Recommendation, that the

ORDER - 1

introduction of a "matchbook striker plate" into evidence was not harmless error. The petitioner's objection is without merit. His argument was adequately addressed in the Report and Recommendation and the file. For the foregoing reason, the Report and Recommendation should be adopted and the petition for writ of habeas corpus is denied.

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge (Dkt. 25), objections to the Report and Recommendation (Dkt. 26), and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation (Dkt. 25);

(2) The petition for writ of habeas corpus is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to petitioner and to counsel for respondent.

DATED this 2nd day of July, 2009.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge